AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
OCT 0 8 2021
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| United States of America<br>v.<br><br>Jonathan Toebbe and Diana Toebbe<br>_Defendant(s)_ | )<br>)<br>)  Case No. 3:21 MJ 138<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __04/01/2020 - 10/09/2021__ in the county of __Jefferson County__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 USC § 2274(a) | Conspiracy to Communicate Restricted Data |
| 42 USC § 2274(a) | Communication of Restricted Data |

This criminal complaint is based on these facts:
See attached Affidavit (incorporated by reference).

☑ Continued on the attached sheet.

_Complainant's signature_

Justin Van Tromp, FBI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __10/08/2021__

_Judge's signature_

City and state: __Martinsburg, WV__   Robert W. Trumble, United States Magistrate Judge
_Printed name and title_