IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Martinsburg Division

FILED

OCT 0 8 2021

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:21 MJ 130 |
| JONATHAN TOEBBE and DIANA TOEBBE, | |
| Defendants. | |

## ORDER TO SEAL

On this date, came the United States of America and Randolph J. Bernard, Acting United States Attorney for the Northern District of West Virginia, by Jarod J. Douglas, Assistant United States Attorney for said District, and moved the Court to seal the case for the reason that these documents make reference to an ongoing investigation. It appearing that the interests of justice will be served, it is accordingly

**ORDERED** that the Clerk of Court shall hereby **SEAL** the case until further order of the Court.

**IT IS FURTHER ORDERED**, that the Clerk of the Court shall provide the United States Attorney's Office with two (2) certified copies of the Application, Warrants, and this Order. The United States may provide the investigating law enforcement officers with one (1) certified copy of the Application, Warrants, and this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court to provide electronic, docketed versions of the Criminal Complaint (including the affidavit), the Arrest Warrants, and the Order to Seal to Assistant U.S. Attorney Jarod J. Douglas via e-mail to Jarod.J.Douglas@usdoj.gov.

**IT IS FURTHER ORDERED**, that the Clerk of the Court shall provide the United States

Attorney's Office with a copy of the returns, once filed.

DATE: October 8, 2021

ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE