# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA
_____

_____

**Plaintiff(s),**

                                    v.                    Select Civ or Crim    NO: 3:21-mj-138 _____
DIANA TOEBBE
_____

_____

**Defendant(s).**

## APPLICATION FOR ADMISSION *PRO HAC VICE*

I verify that I have fully complied with Local Rule of General Practice and Procedure 83.02 as it relates to admission to practice *pro hac vice*.

| Edward B. MacMahon, Jr. | Diana Toebbe |
|---|---|
| Applicant's Name | Representing (Party Name) |
| Edward B. MacMahon, Jr., PLLC | 107 E. Washington Street, PO Box 25, Middlel |
| Name of Applicant's Firm | Applicant's Office Address |
| (540) 687-3902 | 540-687-6366 |
| Applicant's Office Telephone Number | Applicant's Office Fax Number |

ebmjr@macmahon-law.com
_____
Applicant's Email Address

Bar number where admitted, with name, address, and telephone of State Bars where admitted:
Bar # and State:

Virginia State Bar, 111 E. Main Street, #700, Richmond, VA 23219  804-775-0500  Bar #  25432

District of Columbia Court of Appeals, 430 E Street, NW, Washington DC 20001  202-879-1010  Bar #  41165

New York State Bar, 1 Elk Street, Albany, NY 12207  518-463-3200  Bar #: 868781

List all matters before West Virginia tribunals or judicial bodies in which the applicant is or has been involved in the preceding twenty-four (24) months:

United States v. Elizabeth Jo Shirley, 3:20CR21
_____

_____

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

All matters before West Virginia tribunals or judicial bodies in which <u>any member of applicant's</u> <u>firm, partnership or corporation</u> is or has been involved in the preceding twenty-four (24) months:
See above

## PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

I understand that admission to practice *pro hac vice* will result in my registration in the Case Management/Electronic Case Filing system.  By this registration, I agree to abide by the requirements set forth in the Federal Rules, Federal Statutes and the Local Rules, Administrative Orders, procedures and policies of the United States District Court for the Northern District of West Virginia. (See https://racerweb.wvnd.uscourts.gov for further information).

I understand that attorneys admitted *pro hac vice* will have privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system using the Court-assigned *read only* login and password, and that I must submit all filings electronically through local counsel.  Registration constitutes my consent to service by electronic means pursuant to the Federal Rules.

I certify that I have:

1) Submitted with this application the requisite fee of Two-Hundred Dollars ($200.00) payable to the Clerk of the Court of the United States District Court for the Northern District of West Virginia, **and**

2) Paid to the West Virginia State Bar the West Virginia State Bar *pro hac vice* fee pursuant to Rule 8.0 of the Rules of Admission for the West Virginia State Bar.

I certify that the foregoing application is true and correct.  I hereby represent that I am a member in good standing with the bar of every jurisdiction in which I am admitted and my privileges to practice law and my membership in any bar association have never been amended, modified, suspended, revoked or otherwise limited in any way in any court, district, state, commonwealth or other jurisdiction.  I also certify that I have never been convicted of a felony.  I agree to comply with all laws, rules, and regulations of the United States Courts where applicable.

If unable to make the above representation, please attach an explanation.

Barry P. Beck

Name of Responsible Local Attorney

Signature of Applicant

(304) 264-8870

Office Local Attorney Telephone Number

Power Beck & Matzureff

Name of Responsible Attorney's Firm

bpbeck@frontier.com

Responsible Attorney's Email Address

308 W. Burke Street, Martinsburg, WV 25401

Responsible Attorney's Office Address

Pursuant to Local Rule of General Practice and Procedure 83.02, I have read the foregoing application and, by my endorsement hereon, agree to be a responsible local attorney in the above-styled matter.  I certify that I am an active member in good standing of the West Virginia Bar and that I maintain an actual office in West Virginia from which I practice law on a daily basis.  I hereby verify that the attorney moving for *pro hac vice* admission is a member of the bar or bars listed on page 1 of this application.

Signature of Responsible Local Attorney