# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

United States of America

**Plaintiff(s),**

v.

Jonathan Toebbe
Diana Toebbe

**Defendant(s).**

Criminal    NO: 3:21-CR-49

## ORDER APPROVING DEPARTMENT OF JUSTICE ATTORNEY'S APPLICATION TO APPEAR PRO HAC VICE

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Matthew J. McKenzie, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: *October 20, 2021*

ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE