| Date | Person | Message |
|---|---|---|
| 3/4/2019 | JT | Returning tangentially to the previous topic: Plan A is likely to be all but impossible. |
| 3/4/2019 | DT | We can come up with a plan that doesn't… you know. |
| 3/4/2019 | JT | We good to keep up appearances for years? |
| 3/4/2019 | DT | Depends on the appearances. |
| 3/4/2019 | JT | My job is, on the whole, a pretty good gig. I'm not likely to do better restarting in another field at this point. |
| 3/4/2019 | DT | Right |
| 3/4/2019 | JT | Is Key going to be the death of you? |
| 3/4/2019 | DT | It might |
| 3/4/2019 | JT | Do you want to keep looking for something else in the area? |
| 3/4/2019 | DT | Maybe. But I bet it would be the same issues |
| 3/4/2019 | JT | I mean outside of teaching. |
| 3/4/2019 | DT | I'm pretty discouraged about that prospect |
| 3/4/2019 | JT | :( |
| 3/4/2019 | JT | $65k plus $28k tuition is going to be hard to beat outside teaching. |
| 3/4/2019 | DT | Yeah |
| 3/4/2019 | JT | Also Leah has not been super hapy about all the moving. |
| 3/4/2019 | DT | I know |
| 3/4/2019 | JT | Maybe staying put is the best plan. |
| 3/4/2019 | DT | I worry that shit is falling down. If we could expat to France or something… |
| 3/4/2019 | JT | So what can we do to help you? Professional development is good to re-spark the interest. |
| 3/4/2019 | JT | And do what? My engineering degreee is useless there. We could… both teach in an American school. :( |
| 3/4/2019 | DT | Would that be so bad? |
| 3/4/2019 | JT | It wouldn't be great. |
| 3/4/2019 | JT | That retirement boat gets awfully small on two teachers' pensions. |
| 3/4/2019 | DT | It we would be out |
| 3/4/2019 | DT | But we would be out |
| 3/4/2019 | JT | Into a completely foreign culture with little prospect of making friends even further away from the family we dwant to have relationships with… this only sounds appealing if the alternatives are pretty dire. |
| 3/4/2019 | DT | That was not what you were saying last night |
| 3/4/2019 | JT | I am not saying we need to flee now for safety. We need to find a way to retire on a boat and cruise the world before we're too old to enjoy it. |
| 3/4/2019 | DT | I need to think about things |
| 3/4/2019 | JT | Our current trajectory gets us there… pretty late, y'know? |
| 3/4/2019 | JT | K |
| 3/4/2019 | JT | Think about what sustainable looks like, and then let's figure out how to get there. It doesn't involve a TA to do your grading, though. Sorry. |
| 3/4/2019 | DT | We are going to inherit sooner or later. That's a factor. |
| 3/4/2019 | DT | Here's what I'm trying to do. I'm trying to reconcile the man who kicked down a door to take someone to rehab so he wouldn't abandon his wife and kids with this. I'm trying to reconcile the man who took Kristen in when she was wronged with… this. I'm a paladin. I can't help it. What you suggested is so far outside of the realm of ok that every time I think about it I feel like I'm going to explode. That's why I can't talk right now. Because I'm trying to reconcile things. |
| 3/4/2019 | JT | I understand. I'm feeling sick thinking about it, to be honest. It's very easy to rationalize ideas in your head, but your reaction was a very unflattering mirror. |
| 3/4/2019 | DT | Good. You need to see that. I'm glad you do. |
| 3/4/2019 | JT | I'm also thinking about Plan A… it's not morally defensible either. We convinced ourselves it was fine, but it really isn't either, is it? |
| 3/4/2019 | DT | I have no problems at all with it. I feel no loyalty to abstractions |
| 3/4/2019 | DT | This was totally and completely different |
| 3/4/2019 | JT | Let's forget entirely about Plan B. Wrong to have even considered it. I'm checking on A now. |
| 3/4/2019 | JT | Just a phishing attempt. :( |
| 3/4/2019 | DT | Ah well. |
| 3/6/2019 | JT | I imagine you're already asleep. :( I miss you terribly and love you. We're not leaving Bettis until around 4 pm tomorrow, and have to drive in to DC to get my car - I'll be late. |
| 3/7/2019 | DT | We need to get out |
| 3/7/2019 | JT | At least he's doing some hard time. And it's short enough Trump likley won't try to pardon him - he's clearly already sold Mueller whatever he had. |
| 3/7/2019 | DT | We need to get out |
| 3/7/2019 | JT | *sigh* where? To do what? |
| 3/7/2019 | DT | To anywhere. To do something else |
| 3/7/2019 | JT | To teach in international schools |
| 3/7/2019 | DT | To take macron up on his offer to harbor scientific refugees |
| 3/7/2019 | JT | Biden/Warren will curb stomp Trump/Pence. |
| 3/7/2019 | DT | WE NEED TO GET OUT |
| 3/7/2019 | DT | Hilary was going to curb stomp trump. I'm done |
| 3/7/2019 | JT | Baby, I don't get what's triggering this now - Manafort's going away. The Mueller report is coming Real Soon™. |
| 3/7/2019 | DT | It's been too long. Nothing has changed. He's still in power. |
| 3/7/2019 | JT | Nothing in government moves that fast - believe me, I speak from personal experience. |
| 3/7/2019 | DT | Manafort got a slap on the wrist. It's a signal that the entire system is rigged |
| 3/7/2019 | JT | We've got passports, and some savings. In a real pinch we can flee quickly. |
| 3/7/2019 | DT | Right. Let's go sooner than later |
| 3/7/2019 | JT | I really don't want to go back to making $50k a year. Especially not in a country where we don't know the language. |

Exhibit 1

| Date | From | Message |
|---|---|---|
| 3/7/2019 | DT | That wouldn't necessarily be how it would be |
| 3/7/2019 | JT | Realistically, my engineering degree is basically worthless overseas. |
| 3/7/2019 | DT | You keep saying that but I don't see the evidence. I cannot believe that the two of us wouldn't be welcomed and rewarded by a foreign govt |
| 3/7/2019 | JT | I'm not a PE, and my specialized knowledge makes it hard to get anything in commercial nuclear… which is just as dead in Europe as here. |
| 3/7/2019 | JT | Let's talk when I get home. |
| 3/7/2019 | DT | I'm done talking about it right now. I'm getting angry |
| 3/7/2019 | JT | Okay. I love yov. |
| 4/1/2019 | JT | Photo of computer screen showing Federal taxes owing of $7, 250 and Maryland taxes owing $325.  So this has been a really fun morning. |
| 6/25/2019 | DT | Also, Sheerod says he will be there to cut the grass tomorrow if you can have a check for him please |
| 6/25/2019 | JT | How much? |
| 6/25/2019 | DT | Make it out to Sheerod Wilkerson. $50 |
| 7/2/2019 | JT | News you can use: with all the recent spending, we are way over budget. Checking is below $500. Please do not use PayPal direct transfers. |
| 7/2/2019 | JT | Also, we're fast approaching when Key tuition is due. If your parents are able to help, mid-month is the time. |
| 8/4/2019 | DT | I don't see anything like what you showed me on your laptop. |
| 8/4/2019 | DT | Never mind. Found it |
| 12/7/2019 | DT | Hope your package thing works out. You sounded mad… |
| 2/13/2020 | JT | Oof. Interview's done. It went okay, I think. (Sweating emoji) |
| 2/13/2020 | JT | Fumbled around a bit answering a couple of the questions, but Maybe that's just my anxiety in hindsight. |
| 2/13/2020 | JT | My desk faces Vavoso's door, so I couldn't stop fretting about how long they were in there… too long? Not long enough? |
| 2/13/2020 | JT | So now I'm waitint for a fried buffalo chicken sandwich so I can eat my feelings and read a book to think about something else. |
| 2/13/2020 | JT | Waitint? Really autocorrect? Thanks for your assistance… |
| 2/29/2020 | JT | No sign of him at the beach, Sarah's, or Emme's. Just drove by Evelyn's house, too. Ideas? |
| 2/29/2020 | DT | This is what I was worried about |
| 2/29/2020 | DT | Case the neighborhood? |
| 2/29/2020 | JT | "Told ya so" is not productive. |
| 2/29/2020 | DT | And he's not allowed out again |
| 2/29/2020 | DT | I didn't say told ya so |
| 2/29/2020 | JT | Fair enough, but it sure sounded that way in my ears in that moment. |
| 2/29/2020 | JT | Walking the park right now - no sign. |
| 2/29/2020 | DT | Fuck |
| 3/11/2020 | JT | Doesn't he have an appointment with his talking doc today? |
| 3/14/2020 | JT | He was looking a a bit brighter today. We had a good talk, played some Battleship, planned out his new room layout. He's excited about that. |
| 3/16/2020 | JT | Well, I feel a little less grumpy about them restricting visiting hours - they're screening everyone at the lobby and don't have enough volunteers at all hours. |
| 3/16/2020 | DT | That's fair. |
| 3/16/2020 | JT | Also I have to wait in the lobby for 20 minutes… they're having a crisis on the unit. |
| 3/16/2020 | DT | Oh dear |
| 3/16/2020 | JT | I'm sure Liam is fine, but I can't help stressing about it |
| 3/16/2020 | DT | Yeah I'm kind of freaking out |
| 3/16/2020 | JT | Well I'm in the lobby outside the unit and it's not like people are running around. |
| 3/16/2020 | DT | Not that they would be though |
| 3/16/2020 | JT | The way the nurse said it over the intercom made it sound pretty routine. Like she was bored with the whole situation. |
| 3/16/2020 | DT | Obvs |
| 3/16/2020 | DT | That's not that comforting |
| 3/16/2020 | JT | You're not helping. |
| 3/16/2020 | DT | I'm not here to help |
| 3/16/2020 | DT | You're here to help |
| 3/16/2020 | DT | What's going on??? |
| 3/16/2020 | JT | I'll know more soon. |
| 3/16/2020 | DT | *seethes* |
| 3/16/2020 | DT | It's a crisis in 1F? |
| 3/16/2020 | JT | I'll call you as soon as I'm done seeing Liam. Given how strict they're being about virus screening, that'll probably be the stroke of 7:00 |
| 3/16/2020 | DT | Hnnng |
| 3/16/2020 | DT | The social worker just called. This is the last day for visits |
| 3/16/2020 | DT | Jesus |
| 3/16/2020 | JT | Yikes. Okay, phone hours it is. |
| 3/16/2020 | JT | I'm glad I drove up. |
| 3/16/2020 | DT | Me too |
| 3/16/2020 | JT | Did the social worker say it was due to the virus? |
| 3/16/2020 | DT | Yes |
| 3/16/2020 | DT | And the crisis has nothing to do with Liam. I asked |
| 3/16/2020 | JT | Okay, that's a relief. |
| 3/16/2020 | DT | Someone needed to be restrained. Yikes |
| 3/16/2020 | DT | This is bananas. We need to get him out of there |
| 3/16/2020 | JT | yeah. Move some shit outta that craft room. |
| 3/18/2020 | JT | Waiting in the lobby for him to come down. Mandatory temperature screenings at the door. |

| Date | From | Message |
|---|---|---|
| 3/18/2020 | DT | Yikes. Okay, phone hours it is. |
| 3/18/2020 | DT | Lots of paperwork? |
| 3/18/2020 | JT | Dunno yet. Just the signin and temp screen. |
| 3/25/2020 | DT | Don't forget to pick up Liam's prescription pls |
| 3/25/2020 | JT | Are Leah's new scripts in? |
| 4/7/2020 | JT | Well, he's got a bed back in 1F. |
| 4/7/2020 | DT | Ok. That's good news I think |
| 4/7/2020 | DT | What else do you know? |
| 4/7/2020 | JT | I'm in a waiting room on the unit while he gets the Indoc physical inspection. |
| 4/7/2020 | JT | Day programs are currently closed due to COVID. |
| 4/7/2020 | DT | Yeah |
| 4/7/2020 | JT | NP at the crisis clinic recommended that for down the road. |
| 4/7/2020 | DT | I communicated with the head of the MS. Liam is ok to be out of school for now |
| 4/7/2020 | DT | We can't take him all the way up there for day programs |
| 6/6/2020 | DT | You are still out on your epic adventure |
| 6/19/2020 | JT | You should come take a quiet peek in here. |
| 10/5/2020 | DT | I think we need to be actively making plans to leave the country |
| 5/18/2021 | DT | I love you |
| 5/18/2021 | JT | I love you too. Rolling out now. I'll call when I have news. |
| 5/18/2021 | DT | Hey |
| 5/18/2021 | DT | You there? |