**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

    Plaintiff,

**v.**     **CRIMINAL ACTION NO.: 3:21-CR-49 (GROH)**

**JONATHAN TOEBBE
and DIANA TOEBBE,**

    Defendants.

**ORDER PROVIDING ZOOM ACCESS TO SENTENCING HEARINGS**

For reasons appearing to the Court, and to provide a platform by which members of the public may view or listen to the sentencing hearings in this case without having to personally attend the hearings, these proceedings will be accessible via **Zoom video conference**. The public may access the hearing via the following URL:

https://www.zoomgov.com/j/1609581932?pwd=UDdQRTJpak1HMURTSy9TbldOenBqQT09

**Meeting ID: 160 958 1932**
**Passcode: 665375**

The authorization of remote access to the sentencing hearing via Zoom video is limited and **does not** authorize more traditional forms of "broadcasting" court proceedings, such as livestreaming court hearings on the internet. Persons granted access to the hearing are reminded of the general prohibition against photographing,

recording, and rebroadcasting court proceedings.  A violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, and any other sanctions deemed necessary by the Court.

**DATED**: August 11, 2022

_____
GINA M. GROH
UNITED STATES DISTRICT JUDGE