**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

UNITED STATES OF AMERICA,

v.                                                  Criminal Action No. 3:21CR49-2

DIANA TOEBBE,

       Defendant.

### ORDER APPOINTING CJA PANEL ATTORNEY AS COUNSEL

Defendant submitted a CJA-23 form and, upon review thereof, is found to be indigent and entitled to the appointment of counsel pursuant to the provisions of 18 U.S.C. §3006A(a).

Accordingly, pursuant to the provisions of 18 U.S.C. §3006A(b) and the Criminal Justice Act Plan for the Northern District of West Virginia as adopted by Order dated October 31, 2017, Jessica Carmichael of 108 N. Alfred Street, 1st Floor, Alexandria, VA, 22314, Telephone No. (703) 684-7908, is hereby appointed to represent the defendant in this action from the date of the entry of this order to conclusion as defined under 18 U.S.C.§ 3006A(c).

The Clerk is directed to forward a copy of this Order to the defendant, the Office of the Federal Public Defender, CJA panel counsel herein appointed to represent defendant, United States Attorney, United States Probation, and the United States Marshal's Office.

It is so **ORDERED**.

**DATED**: August 29, 2022

GINA M. GROH
UNITED STATES DISTRICT JUDGE