AO 435 (Rev. 04/18)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME: Stacy Walters | 2. PHONE NUMBER: (304) 234-0100 |
| | 3. DATE: 9/23/2022 |
| 4. DELIVERY ADDRESS OR EMAIL: Stacy.M.Walters@usdoj.gov | 5. CITY: Wheeling |
| | 6. STATE: WV |
| | 7. ZIP CODE: 26003 |
| 8. CASE NUMBER: 3:21CR49 | 9. JUDGE: Groh |
| | DATES OF PROCEEDINGS |
| | 10. FROM: 8/16/2022 |
| | 11. TO: 8/16/2022 |
| 12. CASE NAME: US v. Toebbe | LOCATION OF PROCEEDINGS |
| | 13. CITY: Martinsburg |
| | 14. STATE: WV |

**15. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [x] SENTENCING | 8/16/2022 | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES: 1 | 39 | 35.10 |
| 14-Day | [ ] | [ ] | | | |
| EXPEDITED | [ ] | [ ] | | | |
| 3-Day | [ ] | [ ] | | | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00  35.10

18. SIGNATURE: /s/ Stacy Walters

PROCESSED BY:

19. DATE: 9/23/2022

PHONE NUMBER: (304) 234-0100

TRANSCRIPT TO BE PREPARED BY: Kate Slayden

COURT ADDRESS: 218 W. King Street, Martinsburg, WV 25401

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | 9-23-22 | |
| DEPOSIT PAID | | DEPOSIT PAID: |
| TRANSCRIPT ORDERED | | TOTAL CHARGES: 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT: 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED: |
| PARTY RECEIVED TRANSCRIPT | 9-23-22 | TOTAL DUE: 0.00  35.10 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY