| AO 435<br>(Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|
| *Please Read Instructions:* | | | | |
| 1. NAME<br>Stacy Walters | | 2. PHONE NUMBER<br>(304) 234-0100 | 3. DATE<br>11/30/2022 | |
| 4. DELIVERY ADDRESS OR EMAIL<br>Stacy.M.Walters@usdoj.gov | | 5. CITY<br>Wheeling | 6. STATE<br>WV | 7. ZIP CODE<br>26003 |
| 8. CASE NUMBER<br>3:21CR49 | 9. JUDGE<br>Trumble | DATES OF PROCEEDINGS | | |
| | | 10. FROM 2/18/2022 | 11. TO 9/27/2022 | |
| 12. CASE NAME<br>US v. Toebbe | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Martinsburg | 14. STATE WV | |

15. ORDER FOR
☐ APPEAL ☒ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | Plea | 2-18-2022 |
| ☐ OPINION OF COURT | | Plea | 9-27-2022 |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES<br>1 | tps 86 | $170 |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL: 0.00

| 18. SIGNATURE<br>/s/ Stacy Walters | PROCESSED BY |
|---|---|
| 19. DATE<br>11/30/2022 | PHONE NUMBER<br>(304) 234-0100 |
| TRANSCRIPT TO BE PREPARED BY<br>Kate Slayden | COURT ADDRESS<br>218 W. King Street<br>Martinsburg, WV 25401 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 11/30/22 | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 12-7-22 | | TOTAL DUE | 0.00  $170 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY