## Impact of Amendment 821 Part B:  Zero-Point Offender
## USSG § 4C1.1(a)

Defendant: *Diana Toebbe*

Docket No.: *3:21CR49-2*        Judge: *Groh*

**Previous calculations:**

TOL = **39**                CHC = **I**        *Sentenced to 262 months.*

Previous Guideline Range: **262** to **327** months

*Plea agreement has binding term to sentence of imprisonment of not more than low end of applicable Guideline range.*

## Impact of Amendment 821 Part B:  Zero-Point Offender

*(Must have zero criminal history points & no offense exclusions)*

New TOL (with 2 level reduction) = **37**    CHC = **I**

**Amended Guideline Range:   210 to 262 months**

Is there an offense exclusion? *NO*

*Conviction Based*: Sex Offense, Individual Rights
*Defendant Based*: Terrorism Adjustment, Substantial Financial Hardship, Hate Crime Adjustment, Serious Human Rights Violation, Violence, Dangerous Weapon, Aggravating Role & No CCE
*Offense Based*: Serious Bodily Injury

Was the guideline range impacted?      Yes        No

USPO _____    Defense _____    AUSA _____

AO386-B
**DEFENDANT'S EXHIBIT**

CASE NO.  3:21CR49-2

EXHIBIT NO.  1