IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTISNBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:22-cr-0049-2 |
| | ) | |
| **DIANA TOEBBE,** | ) | |
| Defendant | ) | |

### MOTION TO DISQUALIFY JUDGE GROH FROM DECIDING DIANA TOEBBE'S PETITION UNDER 28 U.S.C. § 2255

COMES NOW Defendant Diana Toebbe, through counsel, and respectfully moves to disqualify the Honorable Gina Groh from this case. Pursuant to 28 U.S.C. § 455(a), judges must disqualify themselves in any proceeding in which their impartiality might reasonably be questioned. In addition, under 28 U.S.C. § 455(b)(1) and *Liteky v. United States*, 510 U.S. 540 (1994), judges must disqualify themselves when they have a personal bias or prejudice, or have decided matters based on facts outside the record.

As explained in the accompanying Memorandum in Support of this motion, Judge Groh's deciding this case would raise the appearance of partiality, and thus be disqualifying under Section 455(a). The basis for that appearance is also the basis for disqualification under Section 455(b)(1), because the court relied on facts outside the record to deny certain motions in the proceedings below and to increase Ms. Toebbe's sentence.

Respectfully Submitted,

/s/ Meghan Skelton
Meghan Skelton
SkeltonLaw, LLC
P. O. Box 308
Cabin John, MD 20818

    240-425-2280
    meghan@skelton.law

    /s/ Jonathan Sheldon
    Jonathan P. Sheldon, VSB#66726
    Sheldon & Flood, P.L.C.
    10621 Jones Street, Suite 301-A
    Fairfax, Virginia 22030
    703.691.8410 (Phone)
    (703) 991-7413 (Fax)
    jsheldon@sfhdefense.com


    *Counsel for Defendant*
    *Admitted Pro Hac Vice*

    *Local Responsible Counsel:*

    /s/ Robert McCoid
    Robert G. McCoid
    West Virginia Bar #
    McCoid Law Offices, P.L.L.C.
    56-58 14th Street
    Wheeling, WV 26003
    304-242-2000
    robert@mccoidlaw.com


CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, 2025, a true copy of the foregoing Motion was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

    /s/ Robert McCoid
    Robert McCoid